UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ENRIQUE RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. FLEMMING, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-1937 KJM CKD P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.  On March 2, 2015, plaintiff filed a motion for leave to amend his complaint.  Plaintiff's motion was not, however, accompanied by a proposed amended complaint.  As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute.  See 28 U.S.C. § 1915.  Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it.  Plaintiff's motion for leave to amend must therefore be denied.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's March 2, 2015 motion for leave
2  to amend (ECF No. 20) is denied.
3  Dated: March 6, 2015

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rami1937.10b

2