1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAUL ENRIQUE RAMIREZ,                    No.  2:14-cv-1937 KJM CKD P

12              Plaintiff,

13        v.                                  ORDER

14   B. FLEMMING, et al.,

15              Defendants.

16

17        On March 20, 2015 plaintiff filed a motion for leave to amend along with a proposed first

18   amended complaint.  Under Federal Rule of procedure 15(a)(2), the court shall generally grant

19   leave to amend "when justice so requires."  Because plaintiff fails to provide any reason why

20   leave to amend should be granted, his motion for leave to amend (ECF No. 23) is denied and his

21   first amended complaint shall be stricken.

22   Dated:  March 25, 2015

23                                           _____
                                             CAROLYN K. DELANEY
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

27   1
     rami1937.mta
28