1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT
9                           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  RAUL ENRIQUE RAMIREZ,                       No. 2:14-cv-1937 KJM CKD P

12              Plaintiff,

13       v.                                     ORDER

14  B. FLEMING, et al.,

15              Defendants.

16

17       On August 1, 2016, plaintiff filed a motion asking that the court compel defendants to
18  provide further responses to certain requests for discovery.  In this court's November 23, 2015
19  scheduling order, the court informed the parties that discovery would close on March 11, 2016
20  and that all motions to compel must be filed by that date.  On March 11, 2016, the court informed
21  the parties that all deadlines imposed in the scheduling order would be extended 90 days making
22  the discovery deadline and deadline for filing motions to compel June 9, 2016.  Therefore,
23  plaintiff's motion to compel is not timely.
24  /////
25  /////
26  /////
27  /////
28  /////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 51)
2 is denied.
3 Dated: August 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rami1937.mtc