IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL ENRIQUE RAMIREZ,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**B. FLEMING, et al.,,**<br><br>                              Defendants. | Case No. 2:14-cv-01937-KJM-CKD<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

The Court, having considered Defendants' thirty-two-day extension of the dispositive motion deadline, and good cause appearing:

**IT IS HEREBY ORDERED** that the dispositive motion deadline is extended to Monday, October 3, 2016.

Dated:  August 31, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE