UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ENRIQUE RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>B. FLEMING, et al.,<br><br>Defendants. | No. 2:14-cv-1937 KJM CKD P<br><br><br><br>ORDER |

On September 30, 2016, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's September 15, 2016 order denying plaintiff's request to reopen discovery. Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of relevant portions of the court's record, the court finds the magistrate judge's ruling is not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED plaintiff's motion for reconsideration (ECF No. 59) is denied.

DATED: January 5, 2017.

UNITED STATES DISTRICT JUDGE